UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOBBY LEE FAIR, JR., | Case No. 3:20-cv-00490-LRH-WGC |
| Petitioner, | ORDER |
| v. | |
| LAKES CROSSING CENTER ADMINISTRATOR, et al., | |
| Respondents. | |

Petitioner has submitted what he has styled as a pro se petition for writ of habeas corpus (ECF No. 1-1). It is handwritten on blank paper and does not substantially follow this court's required form. LSR 3-1. Moreover, petitioner has failed to submit an application to proceed in forma pauperis or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

Thus, the present action will be dismissed without prejudice to the filing of a new petition in a new action with either the $5.00 filing fee or a completed application to proceed in forma pauperis on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

The court also notes that it does not appear that Fair has exhausted his claims. A federal court will not grant a state prisoner's petition for habeas relief until the prisoner has exhausted available state remedies for all claims raised. *Rose v. Lundy*, 455 U.S. 509 (1982); 28 U.S.C. § 2254(b). A petitioner must give the state courts a fair

opportunity to act on each of the claims before she or he presents those claims in a federal habeas petition. *O'Sullivan v. Boerckel*, 526 U.S. 838, 844 (1999); *see also Duncan v. Henry*, 513 U.S. 364, 365 (1995). A claim remains unexhausted until the petitioner has given the highest available state court the opportunity to consider the claim through direct appeal or state collateral review proceedings. *See Casey v. Moore*, 386 F.3d 896, 916 (9th Cir. 2004); *Garrison v. McCarthey*, 653 F.2d 374, 376 (9th Cir. 1981).

Here, Fair appears to complain about his currently being held involuntarily at Lakes Crossing, a psychiatric facility. Fair avers that he has been at Lakes Crossing since about May 2020. The court takes judicial notice that Fair cannot have exhausted his state remedies in such a short time period. The court also notes that Fair states that he has counsel in his state-court proceedings.

**IT IS THEREFORE ORDERED** that the Clerk detach and file the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice to the filing of a new petition in a new action with a properly completed application form to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

**IT IS FURTHER ORDERED** that the Clerk shall ENTER JUDGMENT accordingly and close this case.

DATED this 24th day of September, 2020.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE